# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TAVARES ANTONIO MOSS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3321

[December 4, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Jr., Judge; L.T. Case Nos. 22-008712CF10A, 23-002080CF10A and 24-005327CF10A.

Daniel Eisinger, Public Defender, and Austin C. Edwards, Assistant Public Defender, West Palm Beach, for appellant.

Tavares Antonio Moss, Pahokee, appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***